## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **MARYLYN J. BLACK,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil No. 04-233-P-S |
| | ) | |
| **JO ANNE B. BARNHART,** | ) | |
| **Commissioner of Social Security** | ) | |
| **Defendant.** | ) | |

## ORDER ACCEPTING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision dated May 24, 2005 (Docket # 10), the Recommended Decision is accepted.

Accordingly, it is ORDERED that the Commissioner's decision is AFFIRMED.


      /s/ George Z. Singal
Chief United States District Judge

Dated this 23rd day of June 2005.